# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

YOLANDA HENDLEY,

    Plaintiff,

v.                                                     Case No. 3:20-cv-797-J-32MCR

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## **O R D E R**

This case is before the Court on Plaintiff Yolanda Hendley's Motion to Oppose to Stay Proceedings (Doc. S-12). Ms. Hendley commenced this lawsuit on July 17, 2020 against Andrew Saul, the Commissioner of Social Security. (Doc. 1). On October 16, 2020, the Commissioner filed an Unopposed Motion to Stay Proceedings (Doc. S-10), explaining that the Agency has experienced serious delays due to COVID-19. The Court granted that motion, stayed the case, and directed the Commissioner to file an answer or further status report no later than January 19, 2021. (Doc. 11). Ms. Hendley then filed a motion to oppose the stay (Doc. S-12), informing the Court that she misunderstood correspondence from the Commissioner and did not intend to consent to a stay in her case.

Although Ms. Hendley did not intend to consent to a stay, the Commissioner is unable to produce the records necessary to adjudicate Ms. Hendley's case at this time; this is one of many cases affected by the COVID-19 pandemic, and the Commissioner is working on those cases as quickly as possible. The Court assures Ms. Hendley that most cases are re-opened following a short stay, and as soon as her file is assembled, the case will be returned to the active docket. At that point, the assigned United States Magistrate Judge will issue a scheduling order, and the case will proceed.

Thus, Ms. Hendley's Motion to Oppose to Stay Proceedings (Doc. S-12) is **DENIED**.

**DONE AND ORDERED** in Jacksonville, Florida the 4th day of December, 2020.



TIMOTHY J. CORRIGAN
United States District Judge

tnm
Copies:

Ms. Yolanda Hendley
Pro se plaintiff

Counsel of record